UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**KENT LARRY MEHRKENS,**

**Plaintiff,**

**Civil No. 00-349 (PAM/JGL)**

**v.**

**O R D E R**

**INTERIM PERSONNEL,**
**a division of INTERIM SERVICES**
**PACIFIC, LLC (incorrectly**
**sued as "INTERIM PERSONAL, INC."),**

**Defendant.**

---

Kent Larry Mehrkens appeared pro se.

Paul A. Banker, Esq., on behalf of Defendant Interim Personnel.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on March 7, 2000, on a motion by Defendant Interim Personnel for a More Definite Statement. The Court denied this motion from the bench, but instructed Plaintiff Mehrkens to file an Amended Complaint within 30 days, i.e., on or before April 6, 2000.

Based on the foregoing, and all the files, records and proceedings

MAR 0 9 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

herein,

**IT IS HEREBY ORDERED** that:

1) Defendant Interim Personnel's Motion for a More Definite Statement (Doc. No. 2) is **DENIED**, but Plaintiff is instructed to file an Amended Complaint on or before April 7, 2000.

Dated: March 9, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge