UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kent Larry Mehrkens,

Plaintiff, CIVIL 00-349 PAM/JGL

v.

Interim Personnel, Inc.

Defendant,

---

Kent Larry Mehrkens,

Plaintiff, CIVIL 00-400 DWF/AJB

v.

Wells Fargo,

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Civil Case 00-349 PAM/JGL having been assigned to Judge Paul A. Magnuson and Civil Case 00-400 DWF/AJB having later been assigned to Judge Donovan W. Frank, said matters being related cases,

**IT IS HEREBY ORDERED** that Civil Case 00-400 DWF/AJB, be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Civ.Rts list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Order dated February 26, 1997.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: April 24, 2000.

**PAUL A. MAGNUSON,** Chief Judge
United States District Court

Dated: April 24, 2000.

**DONOVAN W. FRANK,** ~~Judge~~
United States District Court

APR 24 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

FILED 4-24-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

16