UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA
FOURTH DIVISION

KENT LARRY MEHRKENS,

Plaintiff,

v.

INTERIM PERSONNEL, a division of INTERIM SERVICES PACIFIC, LLC (incorrectly sued as "INTERIM PERSONAL, INC.")

Defendant.

Court File No. 00-CV-349 (PAM/JGL)

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND ORDER FOR JUDGMENT

The above-entitled action having been fully, finally and completely compromised and settled, **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that any and all claims by Plaintiff against Defendant may be and hereby are dismissed with prejudice, on the merits and without costs and disbursements to any party, and that any party to this agreement may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

FILED MAY 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 30 2000
DEPUTY CLERK

Dated: [illegible] MAY, 2000

Kent L. Mehrkens
5701 Washburn Ave. S.
Minneapolis, MN 55410
(612) 922-7153

*Plaintiff Pro Se*

ARTHUR, CHAPMAN, KETTERING
SMETAK & PIKALA, P.A.

Dated: 5/23/00

Paul A. Banker (#256596)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

Andrew B. Cripe
Gerald L. Maatman, Jr.
BAKER & McKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
(312) 861-8000

*Attorneys for Defendant*

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court is ordered and directed to enter forthwith judgment dismissing any and all claims in the above matter with prejudice, on the merits and without costs and disbursements to any party.

Dated this 30th day of May, 2000.

BY THE COURT:

The Honorable Paul A. Magnuson
Judge of the District Court